FLUSHING NATIONAL BANK IN NEW YORK, Plaintiff-Respondent, v. EUGENE V. DALY, Appellant, and THEODORE P. LAWLOR and Others, Defendants. ROCKLYN REALTY CORPORATION, Purchaser, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

EDWARD F. GLACKEN, Appellant, v. CLAYTON DuBOSQUE, SAVINGS INVESTMENT AND TRUST COMPANY, as Executor, etc., of DAVID L. GEORGE, Deceased, and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

FRANCES GREENBERG, etc., Appellant, v. JENNINGS & BURKE MOTOR CO., INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ANTONIO GROSSI, Respondent, v. RIALTO SECURITY CORPORATION, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

BEATRICE HERSCHMAN, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

PERCY K. HUDSON and T. BACHE BLEECKER, Appellants, v. TOWN OF OYSTER BAY, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of GENEVIEVE ASBELL, Formerly GENEVIEVE CASSIDY, for Leave to Mortgage Real Property. MILDRED CASSIDY and JOAN CASSIDY, by MORRIS GUTT, Their Guardian ad Litem, Appellants; CHARLES BAIER and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of CLARENCE F. KALTENBACH, Appellant, for an Order of Certiorari against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, and HARRIS H. MURDOCK and Others, the Members Thereof, Respondents, and BENISCH BROS., INC., and ANNA BENISCH, Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of JAMES F. KIERNAN, Appellant, for an Order of Mandamus against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty and Taylor, JJ.; Adel, J., not voting.